IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| WILLIAM DOUGLAS HARDING § | |
| § | |
| V. § | NO. MO-17-CV-008 |
| § | |
| ALASKA FUEL DISTRIBUTORS, INC. § | |
| d/b/a AFD PETROLEUM and AFD § | |
| PETROLEUM, LTD. § | |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Joint Stipulation of Dismissal With Prejudice [Doc. 32] filed December 13, 2017.

IT IS FURTHER ORDERED that all attorney's fees, expenses and court costs shall be borne by the party incurring same.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

SIGNED this 14th day of December, 2017.

_____
ROBERT JUNELL
SENIOR U. S. DISTRICT JUDGE